# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**MAURICIO RANGEL-RANGEL**<br>*Defendant* | Case No. 25-mj- 209 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 16, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*MICHAEL SCIOLI*
*Complainant's signature*

MICHAEL A. SCIOLI
SUPERVISORY U.S. BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 23, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

HONORABLE H. KENNETH SCHROEDER JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF NEW YORK   )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )

I, Michael A. Scioli, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for twenty-two (22) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of a Removed Alien.

3. I make this Affidavit in support of the Criminal Complaint charging Mauricio RANGEL-RANGEL (hereinafter "RANGEL-RANGEL"), an alien, born in 1977 in Mexico, with having been found in the United States after having been previously removed

or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other United States Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a).

**PROBABLE CAUSE**

5. On or about October 16, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) were conducting plain clothes surveillance at a location in West Seneca, New York, within the Western District of New York. Information about the location and two pickup trucks bearing North Carolina license plates were provided to agents from an HSI investigation regarding a company transporting and hiring illegal aliens. Agents observed both targeted pickup trucks leave the location. One of the vehicles, a gray pickup truck, bearing an out of state license plate, was pulled over by Border Patrol agents. Agents, who were wearing their agency insignia and law

enforcement badges, approached the pickup. Agents identified themselves as Border Patrol agents and in both the Spanish and English language asked the occupants about their citizenship. All occupants of the vehicle (one being RANGEL-RANGEL) freely admitted to being citizens of Mexico. RANGEL-RANGEL was asked if he had any valid immigration documents that would allow him to remain in the United States legally. RANGEL-RANGEL stated no, that he was in the country illegally.

6. Border Patrol Agents took all five occupants of the pickup truck including RANGEL-RANGEL into custody and transported them to the Buffalo Border Patrol Station for further processing.

7. As a part of processing, an electronic scan of RANGEL-RANGEL's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that RANGEL-RANGEL had been issued an FBI number and immigration fingerprint identification number.

   a. RANGEL-RANGEL is a native and Citizen of Mexico.

   b. On or about October 2, 2014, RANGEL-RANGEL was found in the United States unlawfully in the Southern District of Texas, and was ordered removed by a United States Border Patrol Agency Official in Laredo, Texas.

   c. On or about October 2, 2014, RANGEL-RANGEL was served a warning to aliens being ordered removed or deported.

   d. On or about October 2, 2014, RANGEL-RANGEL was physically removed from the United States via the Port of Entry in Laredo, Texas.

8.  There is no record that RANGEL-RANGEL had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

9.  Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about October 16, 2025, within the Western District of New York, Mauricio RANGEL-RANGEL, an alien who was previously removed from the United States on or about October 2, 2014, was found in the United States, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*MICHAEL SCIOLI*
MICHAEL A. SCIOLI
SUPERVISORY UNITED STATES
BORDER PATROL AGENT
UNITED STATES BORDER PATROL

Sworn and subscribed to before me telephonically
on this 23rd day of October 2025.

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge